B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Eastern District of Kentucky

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Select Veneer Company Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**41-1627290** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2125 Lake Jericho Rd Ste #1**<br>**Smithfield, KY**<br>ZIP Code **40068** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Henry** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10) Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Select Veneer Company Inc** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Select Veneer Company Inc**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X   /s/ Neil C Bordy**
Signature of Attorney for Debtor(s)

**Neil C Bordy**
Printed Name of Attorney for Debtor(s)

**Seiller Waterman LLC**
Firm Name

**22nd Floor - Meidinger Tower**
**462 S 4th Street**
**Louisville, KY 40202**

Address

**502-584-7400  Fax: 502-583-2100**
Telephone Number

**June 6, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X   /s/ Douglas J. Killbarda**
Signature of Authorized Individual

**Douglas J. Killbarda**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 6, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# MINUTES OF SPECIAL MEETING OF
# THE BOARD OF DIRECTORS
# OF
# SELECT VENEER COMPANY, INC.

A special meeting of the Board of Directors of Select Veneer Company, Inc. was held in the offices of Seiller Waterman LLC on 6th day of June, 2011 at 10:00 a.m.  Present was Douglas J. Killbarda and Franklin S. Killbarda, III, comprising the entire board.

The Chairman stated that the corporation could not pay its debts as they accrued.  After discussion, the following resolutions were unanimously carried:

> RESOLVED, that the company file a Chapter 11 bankruptcy and Douglas J. Killbarda is authorized to sign all documents and take whatever action is necessary to effectuate this resolution.
>
> FURTHER RESOLVED that the company retain the services of Neil C. Bordy and Seiller Waterman LLC to represent the company in its Chapter 11.

There being no further business to come before the Board, the meeting was adjourned.

/s/ Douglas J. Killbarda
DOUGLAS J. KILLBARDA

G:\doc\NCB\Select Veneer\CorpRes.wpd

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Kentucky

In re   **Select Veneer Company Inc**                      Case No.
                                     Debtor(s)                 Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Adtec Inc**<br>**2186 Mountian Grove Rd Ste 410**<br>**Burlington ON L7P 4X4** | **Adtec Inc**<br>**2186 Mountian Grove Rd Ste 410**<br>**Burlington ON L7P 4X4** | | | **16,542.55** |
| **Ag Choice**<br>**11555 State Highway**<br>**Meadville, PA 16335-7321** | **Ag Choice**<br>**11555 State Highway**<br>**Meadville, PA 16335-7321** | | | **344,000.00** |
| **Averitt Express Inc**<br>**POB 102159**<br>**Atlanta, GA 30368-2159** | **Averitt Express Inc**<br>**POB 102159**<br>**Atlanta, GA 30368-2159** | | | **16,829.19** |
| **Baer Supply Company**<br>**909 Forest Edge Dr**<br>**Vernon Hills, IL 60061** | **Baer Supply Company**<br>**909 Forest Edge Dr**<br>**Vernon Hills, IL 60061** | | | **22,710.36** |
| **Chris Trace**<br>**1903 Sils Ave**<br>**Louisville, KY 40205** | **Chris Trace**<br>**1903 Sils Ave**<br>**Louisville, KY 40205** | | | **58,646.50** |
| **David R Webb**<br>**POB 8**<br>**206 S Holland St**<br>**Edinburgh, IN 46124** | **David R Webb**<br>**POB 8**<br>**206 S Holland St**<br>**Edinburgh, IN 46124** | | | **71,124.23** |
| **Douglas J Killbarda**<br>**6719 Chimney Hill Rd**<br>**Crestwood, KY 40014** | **Douglas J Killbarda**<br>**6719 Chimney Hill Rd**<br>**Crestwood, KY 40014** | | | **25,345.00** |
| **Frank Kilibarda**<br>**6717 Chimney Hill Rd**<br>**Crestwood, KY 40014** | **Frank Kilibarda**<br>**6717 Chimney Hill Rd**<br>**Crestwood, KY 40014** | | | **66,582.00** |
| **Frate Inc**<br>**1335 Donaldson Rd Ste 4A**<br>**Erlanger, KY 41018** | **Frate Inc**<br>**1335 Donaldson Rd Ste 4A**<br>**Erlanger, KY 41018** | | | **27,475.00** |
| **Greenline Insudtries Inc**<br>**2966 Trask Pkwy**<br>**Beaufort, SC 29906** | **Greenline Insudtries Inc**<br>**2966 Trask Pkwy**<br>**Beaufort, SC 29906** | | **Disputed** | **23,745.82** |
| **James Chamberlain**<br>**3988 64th St**<br>**Holland, MI 49423** | **James Chamberlain**<br>**3988 64th St**<br>**Holland, MI 49423** | | | **20,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Select Veneer Company Inc** Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **K-Trac Holding LLC**<br>**6717 Chimney Hill Rd**<br>**Crestwood, KY 40014** | **K-Trac Holding LLC**<br>**6717 Chimney Hill Rd**<br>**Crestwood, KY 40014** | | | **65,501.65** |
| **Louisville Lumber**<br>**1400 Lincoln Ave**<br>**Louisville, KY 40213** | **Louisville Lumber**<br>**1400 Lincoln Ave**<br>**Louisville, KY 40213** | | | **42,972.84** |
| **MJB Wood Group Inc**<br>**POB 671303**<br>**Dallas, TX 75267-1303** | **MJB Wood Group Inc**<br>**POB 671303**<br>**Dallas, TX 75267-1303** | | | **298,209.16** |
| **PNC Bank**<br>**POB 747032**<br>**Pittsburgh, PA 15274-7032** | **PNC Bank**<br>**POB 747032**<br>**Pittsburgh, PA 15274-7032** | | | **86,051.41** |
| **Renaissance Specialty (RSVP)**<br>**POB 524**<br>**Columbus, IN 47201** | **Renaissance Specialty (RSVP)**<br>**POB 524**<br>**Columbus, IN 47201** | | | **19,673.94** |
| **Roger Shaw & Associates**<br>**203 Arbor Dr**<br>**Lamar, MO 64759** | **Roger Shaw & Associates**<br>**203 Arbor Dr**<br>**Lamar, MO 64759** | | | **31,313.00** |
| **Roth Herzog & Associates, Chtd.**<br>**201 N Minnesota St**<br>**POB 127**<br>**New Ulm, MN 56073** | **Roth Herzog & Associates, Chtd.**<br>**201 N Minnesota St**<br>**POB 127**<br>**New Ulm, MN 56073** | | | **19,950.30** |
| **Temple-Inland**<br>**POB 360853M**<br>**Pittsburgh, PA 15251-6853** | **Temple-Inland**<br>**POB 360853M**<br>**Pittsburgh, PA 15251-6853** | | | **20,065.63** |
| **Wells Fargo Equipment**<br>**733 Marquette Ave Ste 700**<br>**Minneapolis, MN 55402** | **Wells Fargo Equipment**<br>**733 Marquette Ave Ste 700**<br>**Minneapolis, MN 55402** | **2010 Vantage** | | **144,370.10**<br><br>**(90,000.00 secured)** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **June 6, 2011** Signature **/s/ Douglas J. Killbarda**
**Douglas J. Killbarda**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of Kentucky

In re    **Select Veneer Company Inc**            Case No.           
                                       Debtor(s)        Chapter    **11**

## VERIFICATION OF MAILING LIST MATRIX

I, the President of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of **9** page(s) is true and correct and complete, to the best of my (our) knowledge.

Date:    **June 6, 2011**            **/s/ Douglas J. Killbarda**
                                           **Douglas J. Killbarda**/**President**
                                           Signer/Title

I,    **Neil C Bordy**   , counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of **9** page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date:    **June 6, 2011**            **/s/ Neil C Bordy**
                                           Signature of Attorney
                                           **Neil C Bordy**
                                           **Seiller Waterman LLC**
                                           **22nd Floor - Meidinger Tower**
                                           **462 S 4th Street**
                                           **Louisville, KY 40202**
                                           **502-584-7400   Fax: 502-583-2100**

```
Adtec Inc
2186 Mountian Grove Rd Ste 410
Burlington ON L7P 4X4


Ag Choice
11555 State Highway
Meadville PA 16335-7321


All Around Printing
POB 275
Buckner KY 40010


All Ways Trucking Inc
3639 Aviation Way
Medford OR 97504


Averitt Express Inc
POB 102159
Atlanta GA 30368-2159


Baer Supply Company
909 Forest Edge Dr
Vernon Hills IL 60061


BGR Inc
6392 Gano Rd
West Chester OH 45069


CH Robinson Worldwide Inc
POB 9121
Minneapolis MN 55480-9121


Charter Ind
2255 29th Street SE
Grand Rapids MI 49508


Chesapeake Plywood LLC
1700 Ridgely St
Baltimore MD 21230


Chris Trace
1903 Sils Ave
Louisville KY 40205
```

```
Cisco Systems Capital Corp
POB 41601
Philadelphia PA 19101-1601


CNC Consulting
1160 Jefferson Ave SE
Grand Rapids MI 49507


Commonwealth Propane
3908 Cave Run Rd
Louisville KY 40211


Concannon Lumber Co
POB 202671
Dallas TX 75320


Custom Logistics
POB 446
Independence KY 41051


David R Webb
POB 8
206 S Holland St
Edinburgh IN 46124


De Lage Landen Fin Services
POB 419601
Philadelphia PA 19101


Distributor Service Inc
POB 6002
Hermitage PA 16148-1002


Douglas J Killbarda
6719 Chimney Hill Rd
Crestwood KY 40014


DRI Transportation Enterprises Inc
POB 248
Windham NH 03087


Edward B Mueller Co Inc
101 East Benson St
Cincinnati OH 45215
```

```
Empire
212 S Voyles Rd
Pekin IN 47165-7829


Evergreen Hardwoods Inc
1600 Lind Ave SE Ste 250
Renton WA 98055


FedEx Freight
4103 Collection Center Dr
Chicago IL 60693


Fisher & Ruckle Service Inc
POB 373
800 City Rd M
Tigerton WI 54486-0373


Flat World Supply Chain
1322 Baur Blvd
Saint Louis MO 63132


Frank Kilibarda
6717 Chimney Hill Rd
Crestwood KY 40014


Frate Inc
1335 Donaldson Rd Ste 4A
Erlanger KY 41018


Freudenberg Industrial Nonwovens
3500 Industrial Dr
Durham NC 27704


GE Vendor Financial
POB 642555
Pittsburgh PA 15264


GE Vendor Financial Services
POB 642555
Pittsburgh PA 15264-2555


Greenline Insudtries Inc
2966 Trask Pkwy
Beaufort SC 29906
```

```
Gross Veener Sales
POB 5212
High Point NC 27262


Hardwood Plywood & Veneer Ass'n
POB 2789
Reston VA 20195-0789


Hood Distribution
POB 403653
Atlanta GA 30384


Hytecx
58 York Ave
East Bridgewater MA 02333


Industrial Carbide Saw & Tool
POB 35278
Louisville KY 40232-5278


Industrial Disposal Co
POB 9001099
Louisville KY 40290-1825


Int'l Timber & Veneer
75 McQuiston Dr
Jackson Center PA 16133


IVC Jeffersonville
15521 Montgomery St
South Hill VA 23970


James Chamberlain
3988 64th St
Holland MI 49423


JSO Wood Products Inc
1930 Campus Place
Louisville KY 40299


K-Trac Holding LLC
6717 Chimney Hill Rd
Crestwood KY 40014
```

```
Kemper Brothers Inc
365 US Hwy 42 West
Ghent KY 41045


Kentuckiana Propane Exchange Inc
105 Yates Lane
Pendleton KY 40055


Kentuckiana Wood Products Inc
POB 362
Jeffersonville IN 47131-0362


Kentucky Cabinet Corp
260 American Greeting
Corbin KY 40701


Kyana Packaging & Ind Supply
3592 Reliable Pkwy
Chicago IL 60686-0035


Laser Technology
111 W Main St
La Grange KY 40031


Long Branch Farm
0 Long Branch Farm
Turners Station KY 40075


Louisville Lumber
1400 Lincoln Ave
Louisville KY 40213


Louisville Mill Supply Co
POB 1449
Louisville KY 40201


Louisville Veneer
621 Park East Blvd
New Albany IN 47150


Marine Electric Co Inc
110 South First St
Louisville KY 40202
```

```
Michigan Veneer Ltd
POB 458
3300 W. M-21
Saint Johns MI 48879


Mitchell Veneer Inc
4250 Earnings Way
New Albany IN 47150


MJB Wood Group Inc
POB 671303
Dallas TX 75267-1303


Modular Systems Inc
POB 399
169 W Park St
Fruitport MI 49415


Nationwide
7660 LaGrange Rd
Smithfield KY 40068


Newhouse Wood & Veneer
27 Smallwood Rd
West Hartford CT 06107


NMHG Financial Services
POB 643749
Pittsburgh PA 15264-3749


Owens Corning
2501 Nelson Miller Pkwy Ste 103
Louisville KY 40223


Pallas PArtners
12305 Westport Rd Ste 4
Louisville KY 40245


PFS Corporation
1507 Matt Pass
Cottage Grove WI 53527


PNC Bank
POB 747032
Pittsburgh PA 15274-7032
```

Premier Log Co
6717 Chiney Hill Rd
Crestwood KY 40014


QW Express
13158 Collections Center Dr
Chicago IL 60693


R S Bacon Veneer Co
6951 High Grove Blvd
Willowbrook IL 60527


R Ulrich & Co GmbH
Stexelring 21
Hamburg 21107 Germany


Red Ridge Lender Services
333 W Wacker St 1620
Chicago IL 60606


Renaissance Specialty (RSVP)
POB 524
Columbus IN 47201


RFX Technologies
4139 Cadillac Ct Ste 100
Louisville KY 40213


Riverbank Accoustical Laboratories
1512 S Batavia Ave
Geneva IL 60134


Roger Shaw & Associates
203 Arbor Dr
Lamar MO 64759


Roth Herzog & Associates, Chtd.
201 N Minnesota St
POB 127
New Ulm MN 56073


Rugby
8200 Allison Ave Bldg 9
Indianapolis IN 46268

```
Ryder
POB 96723
Chicago IL 60693


Safety-Kleen Systems Inc
POB 382066
Pittsburgh PA 15250-8066


Sherwin Williams Chemical Coatings
4702C Poplar Level Rd
Louisville KY 40213-2402


Spectrum Adhesives Inc
POB 1000 Dept 466
Memphis TN 38148-0466


SR Wood Inc
1801 Progress Way
Clarksville IN 47129


Stiles Machinery Inc
Lockbox 3944 Solutions Center
Chicago IL 60667-3009


Stock Yards Bank & Trust
POB 39511
Louisville KY 40233


Superb Tooling Inc
POB 227
250 Scenic Industrial Dr
Ferdinand IN 47532


Temple-Inland
POB 360853M
Pittsburgh PA 15251-6853


United Parcel Service
Lockbox 577
Carol Stream IL 60132-0577


USF Holland
27052 Network Place
Chicago IL 60673-1270
```

```
Vaculex USA LLC
605 Phillip Davis Dr
Charlotte NC 28217


Ward Hocker & Thorton
333 West Vine St
Ste 1-100
Lexington KY 40507


Wells Fargo Equipment
733 Marquette Ave Ste 700
Minneapolis MN 55402


Worldwide Freight Management
121 Civic Center Dr Ste 313
Lake Saint Louis MO 63367


YRC Worldwide
POB 905587
Charlotte NC 28290
```